**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000537
19-DEC-2025
08:51 AM
Dkt. 19 ODSD**

NO. CAAP-25-0000537

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

J.S., Plaintiff-Appellee,
v.
K.R., Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DV201008563)

ORDER DISMISSING APPEAL
(By:  Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before September 25, 2025 and October 27, 2025, respectively;

(2) Self-represented Defendant-Appellant K.R. (K.R.) failed to file the statement of jurisdiction and opening brief, and did not request an extension of time:

(3) On November 7, 2025, the appellate clerk entered a default of the jurisdiction statement and opening brief, informing K.R. the matter would be called to the court's attention on November 17, 2025 for action that could include dismissal, pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rules 12.1(e) and 30, and that K.R. could seek relief from default by motion;

(4) The appellate clerk mailed the notice of entering case on calendar and the default notice to K.R. at her address of record.  The United States Postal Service has returned both

notices as "no longer at this address" and "not deliverable as addressed;" and

(5) K.R. has not filed a notice of change of address, consistent with HRAP Rule 25(f), or taken any further action after the record on appeal was filed on September 15, 2025.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, December 19, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge